IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JON KINGSTAD,
STEVEN LEVINE and
JAMES THIEL,                              JUDGMENT IN A CIVIL CASE

           Plaintiffs,                        Case No. 09-cv-216-slc

v.

STATE BAR OF WISCONSIN,

           Defendant.

---

This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant State Bar of Wisconsin and this case is dismissed with prejudice.

_Peter Oppeneer_
Peter Oppeneer, Clerk of Court

11/24/09
Date